UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal No. 10-10-3-GFVT |
| V. | ) ) ) | |
| MICHAEL SCOTT BALL, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the Recommended Disposition of United States Magistrate Judge Hanly A. Ingram [R. 157] filed herein on August 31, 2010. Consistent with local practice, the Recommended Disposition addresses the question of competency of the Defendant, Michael Scott Ball. [*Id.*]

After reviewing the forensic report of the Defendant's psychiatric evaluation and conducting a competency hearing, Magistrate Judge Ingram concluded that the Defendant was "competent to face further proceedings, to include trial, in this matter." [*Id.*] The Recommended Disposition advises the parties that any objections must be filed within fourteen (14) days of service or waive the right to further appeal. [*Id.*] As of this date, neither party has filed objections or sought an extension of time to do so. Thus, pursuant to 28 U.S.C. § 636(b)(1), this Court will adopt the Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [R. 157] is **ADOPTED** as and

for the opinion of this Court;

2. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court **DECLARES** all time related to the competency evaluation and determination excludable under the Speedy Trial Act.

3. The Clerk of the Court is directed to provide a copy of this Order to the United States Probation Office and the United States Marshal.

This the 6th day of October, 2010.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge